[No. 30015-3-III. Division Three. November 20, 2012.]

DONALD W. DOWNING, JR., *Respondent*, v. ROBERT WINKER
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 08-2-00314-6, William D. Acey, J., entered May
24, 2011. *Reversed in part* and *remanded with instructions*
by unpublished opinion per Siddoway, J., concurred in by
Korsmo, C.J., and Kulik, J.

[No. 30113-3-III. Division Three. November 20, 2012.]

NUJID R. MURIBY, *Appellant*, v. MIKE ANDERSON ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Gar-
field County, No. 07-2-00015-9, William D. Acey, J., entered
June 23, 2011. *Affirmed* by unpublished opinion per Brown,
J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30272-5-III. Division Three. November 20, 2012.]

*In the Matter of the Estate of* SHIRLEY E. WILSON.

JAMES L. WILSON IV, *Appellant*, v. LARRY D. WILSON,
*Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 09-4-01585-8, Maryann C. Moreno, J.,
entered August 24, 2011. *Affirmed* by unpublished opinion
per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 30273-3-III. Division Three. November 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL ANGEL
CASTANEDA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 11-1-00125-1, Donald W. Schacht, J.,
entered September 12, 2011. *Affirmed* by unpublished opin-
ion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.